1  KAEMPFER CROWELL
   Raleigh C. Thompson, No. 11296
2  Ryan M. Lower, No. 9108
   1980 Festival Plaza Drive, Suite 650
3  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
4  Facsimile:  (702) 796-7181
   Email: rthompson@kcnvlaw.com
5  Email: rlower@kcnvlaw.com

6  *Attorneys for Defendants*
   *Amazon.com Services LLC*
7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  ELIZABETH SCHMIDT, an individual, | Case No.  2:23-cv-02054-JAD-MDC |
| 11                Plaintiff, | |
| 12        vs. | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| 13  AMAZON.COM SERVICES, LLC, a Foreign Limited Liability Company; INFINLADDER TECH, INC., a Foreign Corporation; DOES 1 through 20; and ROE CORPORATIONS 1 through 20, inclusive, | |
| 17                Defendants. | |

Amazon.com Services LLC and Plaintiff Elizabeth Schmidt stipulate to dismiss this action in its entirety, with prejudice. Each party will bear its own fees and costs.

| KAEMPFER CROWELL | BOYACK LAW GROUP |
|---|---|
| *(signature)* | /s/ Bryan A. Boyack |
| Raleigh C. Thompson, No. 11296<br>Ryan M. Lower, No. 9108<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 | Bryan A. Boyack<br>1707 Village Center Circle, Suite 100<br>Las Vegas, Nevada 89134 |
| *Attorneys for Defendant Amazon.com Services LLC* | *Attorneys for Plaintiff Elizabeth Schmidt* |

## ORDER

Based on the parties' stipulation [ECF No. 10] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice**, each side to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
February 14, 2024